AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED
JUN 0 5 2015
Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br>KEVIN ALONZO MEJIA-LOPEZ<br>Citizen of Honduras, YOB: 1991<br><br>*Defendant(s)* | )<br>)<br>) Case No. M-15-908-M<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 4, 2015__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C. 111(a)(1)<br>Title 18, U.S.C. 111(b) | forcibly assault, resist, oppose, impede, intimidate, any person designated in section 1114 of this title while engaged in and on account of the performance of their official duties, and during the commission of said offense inflicted bodily injury. |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

*Complainant's signature*

Lynette R. Linn, Special Agent, FBI
*Printed name and title*

Approved to file Kimberly Ann Leo
AUSA

Sworn to before me and signed in my presence.

*Judge's signature*

Date: 06/05/2015

City and state: McAllen, Texas

Dorina Ramos, United States Magistrate Judge
*Printed name and title*

Attachment "A"

Affidavit

1. On June 4, 2015, at approximately 4:00 P.M., BPAs were conducting All-Terrain Vehicle (ATV) operations in an area near Sullivan City, Texas. During their shift, the aforementioned BPAs were notified that a group of approximately 20 individuals were observed heading north from the Rio Grande River.

2. Upon reaching the group, and at approximately 5:00 P.M., the group absconded in different directions. MEJIA ran into the brush and attempted to conceal himself. BPA A.S. approached MEJIA, identified himself as a Border Patrol Agent, and placed his hand on MEJIA's shoulder. MEJIA became assaultive and swung his arms with a closed fist striking BPA A.S. multiple times. During the altercation BPA A.S. and MEJIA fell to the ground. BPAs who were searching in the brush nearby, heard BPA A.S. giving repetitive verbal commands. BPA A.S. was able to pin MEJIA on ground and then he verbally requested assistance from nearby BPAs. Assisting BPAs placed MEJIA in handcuffs. BPAs observed that BPA A.S. lip was swollen and he was bleeding from his mouth.

3. At approximately 7:00 P.M., BPA A.S. was treated at Mission Regional Medical Center for a contusions of upper lip, cheek, and right knee.

4. On June 5, 2015 at approximately 9:15 A.M., MEJIA read and signed his advice of rights in Spanish and agreed to speak with investigating Agents. During this time MEJIA was deceptive towards Agents. At a follow-up interview at approximately 11:00 A.M., MEJIA re-read his advice of rights in Spanish and agreed to speak again with investigating Agents. MEJIA admitted that he could have hit the BPA, but he could not remember the incident with the Border Patrol Agent. Furthermore he stated he was deceptive toward interviewing agents during the course of the first interview because he was scared.

5. Subsequent to the apprehension of MEJIA, it was determined he is a citizen of HONDURAS and illegally present in the United States.

6. Based on the aforementioned factual information, your Affiant respectively submits that MEJIA committed violations of Title 18, United States Code, Section 111 (a)(1) and (b).